

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Samuel Pamoberas, Jr.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>12-754 M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __deft__, IT IS ORDERED that a detention hearing is set for __Friday__, __3/30/12__, at __1:00__ ☐ a.m. / ☒ p.m. before the Honorable __RALPH ZAREFSKY__, in Courtroom __341 (Roybal)__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
     _(Other custodial officer)_

Dated: __3/28/12__                    _/s/ Ralph Zarefsky_
                                      U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                 Page 1 of 1